# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 28, 2022

## NO.  03-21-00592-CV

**Crestway Drive Land, LLC, Appellant**

**v.**

**Rice Capital, LLC Series 21, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on March 31, 2021.  Crestway Drive Land, LLC has filed an agreed joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.  Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.